UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CHARTER COMMUNICATIONS
ENTERTAINMENT I, LLC d/b/a
CHARTER COMMUNICATIONS OF
WESTERN CONNECTICUT

Vs.                                              CASE NO. 3:00CV00285(AVC)

DAVID FARMER

## ORDER OF TRANSFER

In the interest of justice, the above-identified case is hereby transferred to the Honorable Christopher F. Droney, United States District Judge. All further pleadings or documents in this matter should be filed with the Clerk's Office in Hartford and bear docket number 3:00CV00285(CFD). Pleadings or documents related to this action and filed in any other seat of court will be returned to you unfiled. (See Local Rule 3(a))

SO ORDERED.

Dated at Hartford, Connecticut, this 31st day of October, 2003.

Alfred V. Covello
United States District Judge