UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHARTER COMMUNICATIONS  
ENTERTAINMENT I, LLC d/b/a  
CHARTER COMMUNICATIONS OF  
WESTERN CONNECTICUT,  
    Plaintiff,

v.

DAVID FARMER,  
    Defendant.

Civil Action No. 00cv285 ~~3:02-CV-2073~~ (CFD)

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

\_\_\_ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_ A recommended ruling on the following motions which are currently pending: (orefm.)

_X_ A ruling on the following motions which are currently pending: Petition for Examination of Judgment Debtor [Doc. # 11] (orefm.)

\_\_\_ A settlement conference (orefmisc./cnf)

\_\_\_ A conference to discuss and approve the following: (orefmisc./cnf)

\_\_\_ Other: (orefmisc./misc)

SO ORDERED this 2nd day of December 2003, at Hartford, Connecticut.

Christopher F. Droney  
United States District Judge