11
(original lost)

FILED
2003 OCT -1 P 1:52
US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHARTER COMMUNICATIONS : 
ENTERTAINMENT I, LLC :
d/b/a CHARTER COMMUNCIATIONS :
OF WESTERN CONNECTICUT, :
:
    Plaintiff, :
: CIVIL ACTION
v. : NO. 3:00CV00285 (AVC) FB
:
DAVID FARMER, :
:
    Defendant. : SEPTEMBER 30, 2003

3/8/04 Granted
U.S.M.J.

FILED
2004 MAR 11 A 11:02
U.S. DISTRICT CO
HARTFORD C

## PETITION FOR EXAMINATION OF JUDGMENT DEBTOR

Plaintiff Charter Communications Entertainment I, LLC d/b/a Charter Communications of Western Connecticut ("Charter") moves, pursuant to Fed. Rule Civ. Pro. 69 and Conn. Gen. Stat. § 52-397, for an order compelling Defendant David Farmer to appear in court to be examined under oath concerning any property and means of paying the judgment rendered against him by this Court on July 5, 2000.

"In proceedings on and in aid of execution" of a judgment, Fed. Rule. Civ. Pro 69 explicitly adopts the procedure of the state in which the District Court sits. More specifically, Fed. Rule Civ. Pro. 69, explicitly adopts state court procedures permitting the judgment creditor "to obtain discovery from any person, including the judgment debtor, in the manner provided in these rules or in the manner provided by the practice of the state in