UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 11  A 11: 32
U.S. DISTRICT COURT
HARTFORD, CT.

CHARTER COMMUNICATIONS
ENTERTAINMENT I, LLC,
    -Plaintiffs

- v -

CIV. 3:00-CV-285(AVC)

DAVID FARMER,
    -Defendant

### ORDER

It is ordered that the defendant David Farmer appear before the Honorable Thomas P. Smith, at U. S. District Court, 450 Main Street, Hartford, Connecticut, on May 6, 2004, at 10:00 a.m. then and there to be examined under oath concerning the Judgment Debtor's property and means of paying the judgment described in the petition.

Now, therefore, by authority of this court the movant is hereby commanded to give notice of the pendency of the application and summon the judgment debtor to appear at the place, date and time set for the examination by serving on them, in the manner prescribed by law for the service of civil process, copies of the foregoing application, and of this order by April 16, 2004.

Dated at Hartford, Connecticut, this 11th day of March, 2004.

THOMAS P. SMITH
U. S. MAGISTRATE JUDGE