Civil (April 12, 2004)

HONORABLE _Smith_
DEPUTY CLERK _Sunbang_     RPTR/ERO/TAPE _Lamaux_

TOTAL TIME: ___ hours _15_ minutes

DATE _5/6/04_     START TIME _10:10_     END TIME _10:15_
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. _3:00CV285CFD_

§
_Trust Charter Comm._     §     _____
                          §             Plaintiffs Counsel
vs.                       §     ☑ SEE ATTACHED CALENDAR FOR COUNSEL
_Farmer_                  §     _____
                          §             Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☑ Motion Hearing          ☐ Show Cause Hearing
☐ Evidentiary Hearing     ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

**MOTION**
**DOCUMENT NO.**

| | | | | |
|---|---|---|---|---|
| ☑ .... #_11_ | Motion _For Examination of Judgment Debtor_ | ☐ granted | ☐ denied | ☑ advisement |
| ☐ .... #__ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... #__ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... #__ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... #__ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... #__ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... #__ | Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion _____ | ☐ granted | ☐ denied | ☐ advisement |

☐ ........ ☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____

| | | |
|---|---|---|
| ☐ ........ | _____ | ☐ filed ☐ docketed |
| ☐ ........ | _____ | ☐ filed ☐ docketed |
| ☐ ........ | _____ | ☐ filed ☐ docketed |
| ☐ ........ | _____ | ☐ filed ☐ docketed |
| ☐ ........ | _____ | ☐ filed ☐ docketed |
| ☐ ........ | _____ | ☐ filed ☐ docketed |
| ☐ ........ | _____ | ☐ filed ☐ docketed |
| ☐ ........ | _____ | ☐ filed ☐ docketed |
| ☐ ........ | _____ | ☐ filed ☐ docketed |

☐ ........ _____ Hearing continued until _____ at _____

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Miscellaneous Calendar

Honorable Thomas P. Smith, U. S. Magistrate Judge
450 Main Street
Hartford
Second Floor - West Courtroom

May 6, 2004

10:00 a.m.

CASE NO. **3-00-CV-285** (CFD(TPS)) **Charter Comm. V. Farmer**
**Hearing on Application for Examination of Judgment Debtor**

Laura K. Norden
Murtha Cullina LLP
Whitney Grove Square
2 Whitney Ave, PO Box 704-A
New Haven, CT 06503-0704

Kari L. Olson
Murtha Cullina LLP
Cityplace I, 185 Asylum St.
Hartford, CT 06103-3469

No appearance has been filed on behalf of the defendant.
Plaintiff's counsel is responsible for notifying parties.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK