UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHARTER COMMUNICATIONS | : | |
| ENTERTAINMENT I, LLC | : | |
| d/b/a CHARTER | : | |
| COMMUNICATIONS OF | : | |
| WESTERN CONNECTICUT, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | NO.  3:00 CV 00285 (AVC) |
| v. | : | |
| | : | |
| DAVID FARMER, | : | |
|     Defendant. | : | MAY 28, 2004 |

## MOTION FOR ORDER TO SHOW CAUSE

The plaintiff, Charter Communications Entertainment, LLC d/b/a Charter Communications of Western Connecticut ("Charter"), hereby moves for an order that a hearing be held for defendant David Farmer to show cause why he should not be found in contempt of Court for his failure to obey the Court's March 11, 2004 Order requiring his appearance in court on May 6, 2004 to be examined as a Judgment Debtor. In support of this motion, Charter respectfully represents:

    1.    Charter filed a Summons and Complaint on February 11, 2000 against the defendant, David Farmer. The Summons and Complaint were served on the defendant on March 7, 2000.

    2.    An entry of Default was entered in this matter on April 25, 2000 and a Default Judgment was granted against David Farmer on July 6, 2000.

3.   On March 11, 2004 this Court issued an Order granting a Motion for Judgment Debtor Examination and a hearing date for such examination was scheduled for May 6, 2004 before Judge Thomas P. Smith.

4.   The defendant did not appear in Court on May 6, 2004, and the Court requested that Charter file a Motion for Order to Show Cause.

WHEREFORE:  Charter's Motion for Order to Show Cause should be granted for defendant's failure to comply with this Court's March 11, 2004 Order.

Dated at Hartford, Connecticut, this 28th, day of May, 2004.

> PLAINTIFF - CHARTER COMMUNICATIONS
> ENTERTAINMENT I, LLC d/b/a CHARTER
> COMMUNICATIONS OF WESTERN
> CONNECTICUT
>
> By _____
>    Kari L. Olson - ct19481
>
> Murtha, Cullina LLP
> CityPlace I, 185 Asylum Street
> Hartford, CT 06103-3469
> Telephone:  (860) 240-6000
> kolson@murthalaw.com
> Its Attorneys

CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing Motion for Order to Show Cause was mailed first-class, postage prepaid, on May 28, 2004 to:

David Farmer
392 Old Turnpike Road E. #3
Bridgewater, Connecticut 06752

_____
Kari L. Olson - ct19481

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS OF WESTERN CONNECTICUT, | : : : : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 3:00 CV 00285 (AVC) |
| v. | : : | |
| DAVID FARMER, | : | |
| Defendant. | : | MAY 28, 2004 |

## ORDER TO SHOW CAUSE

WHEREAS, the plaintiff's Motion for Order to Show Cause has come before the Court; and WHEREAS, upon motion of the plaintiff, it appears that an order should be issued directing the defendant in this action to appear before the Court to show cause why an Order for Contempt should not be issued.

It is hereby ORDERED, that the defendant be summoned to appear before this Court on _____, 2004, at _____ _.m. then and there to show cause why an Order for Contempt should not issue as requested.

                                                BY THE COURT
                                                Dated:

_____
United States District Judge