FILED

2004 OCT 18  A 11: 26

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS OF WESTERN CONNECTICUT, | : : : : : | |
| Plaintiff, | : : | CIVIL ACTION NO.  3:00 CV 00285 (AVC) |
| v. | : : | |
| DAVID FARMER, | : | |
| Defendant. | : | MAY 28, 2004 |

## ORDER TO SHOW CAUSE

WHEREAS, the plaintiff's Motion for Order to Show Cause has come before the Court; and WHEREAS, upon motion of the plaintiff, it appears that an order should be issued directing the defendant in this action to appear before the Court to show cause why an Order for Contempt should not be issued.

It is hereby ORDERED, that the defendant be summoned to appear before this Court on **November 15**, 2004, at **10:00 a**.m. then and there to show cause why an Order for Contempt should not issue as requested.

BY THE COURT
Dated:

_____  *JMJ*
United States District Judge