UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
CHARTER COMMUNICATIONS
ENTERTAINMENT I, LLC
d/b/a CHARTER COMMUNICATIONS
OF WESTERN CONNECTICUT
          -Plaintiff

   - v -                              CIVIL 3:00cv285(CFD)(TPS)


DAVID FARMER
          -Defendant
```

### ORDER

It is hereby ORDERED that:

1. A hearing on the plaintiff's motion for Order to Show Cause shall be held before the undersigned on February 17, 2005 at 10:00 a.m. at the United States District Court for the District of Connecticut, 450 Main Street, Hartford, Connecticut.

2. The movant shall cause a copy of this order and any other relevant materials upon the defendant or his attorney(s) on or before January 27, 2005. Failure to do so will result in postponement of the hearing.

3. The movant shall also ensure that a court reporter is present on February 17, 2005 to transcribe the proceedings.

IT IS SO ORDERED.

Dated at Hartford, Connecticut, this 4th day of January, 2005.

_____
THOMAS P. SMITH
U.S. MAGISTRATE JUDGE