UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC D/B/A CHARTER COMMUNICATIONS OF WESTERN CONNECTICUT | : : : : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 3:00 CV 00285 (AVC) |
| v. | : : | |
| DAVID FARMER | : : | |
| Defendant. | : | June 6, 2005 |

## APPEARANCE

Please enter the Appearance of the undersigned on behalf of the plaintiff, Charter Communications Entertainment I, LLC d/b/a Charter Communications of Western Connecticut in the above-captioned action.

PLAINTIFF — CHARTER

COMMUNICATIONS

ENTERTAINMENT I, LLC

By_____

Ryan M. Mihalic – ct24454

Murtha Cullina LLP

-2-

CityPlace I

185 Asylum Street

Hartford, CT  06103-3469

Telephone:  (860) 240-6000

rmihalic@murthalaw.com

Its Attorney

-3-

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Appearance was mailed first-class, postage prepaid, on June 6, 2005 to:

David Farmer
392 Old Turnpike Road, E#3
Bridgewater, CT  06752

_____
Ryan M. Mihalic