UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS OF WESTERN CONNECTICUT, | CASE NO. 3:00-cv-00285-CFD |
| Plaintiff, | |
| v. | **APPEARANCE** |
| DAVID FARMER, | |
| Defendant. | |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Local Rule 5 (b), please enter the undersigned firm's appearance as counsel in this case for plaintiff Charter Communications Entertainment I, LLC d/b/a Charter Communications of Western Connecticut.

Dated: Mineola, New York
August 6, 2008

Yours, etc.,

LAW OFFICES OF PATRICK J. SULLIVAN, PLLC
Attorney for the Plaintiff

By: _____
Patrick J. Sullivan (ct26167)
92 Willis Avenue, Second Floor
Mineola, New York 11501
Phone: (516) 342-1248
Fax:    (516) 747-9405
e-mail: lawofficespjs1@optonline.net

Local Office Pursuant to Local Civil Rule 83.1(c):

Joseph M. Tobin, Esq.
Tobin & Melien
45 Court Street
New Haven, CT 06511
Phone: (203) 777-6660
Fax:    (203) 777-1817

## Certificate of Service

**PATRICK J. SULLIVAN**, an attorney admitted to the Bar of the U.S. District Court for the District of Connecticut, certifies that the following is true and correct:

1. On August 6, 2008, I served a copy of the foregoing Appearance by first class postage prepaid mail to the party identified below as follows:

   Mr. David Farmer
   392 Old Turnpike Road, East #3
   East Bridgewater, CT 06752-1120

2. On August 6, I served a copy of the foregoing Appearance by e-mail to the attorney set forth below as follows:

   Ryan Mihalic, Esq.
   Murtha Cullina LLP
   Cityplace I, 185 Asylum Street
   Hartford, CT 06103-3469
   rmihalic@murthalaw.com

Dated: Mineola, New York
August 6, 2008

_____
**PATRICK J. SULLIVAN (ct26167)**