UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS OF WESTERN CONNECTICUT, | : : : : : | Civil Action No. 3:00-cv-00285-CFD |
| Plaintiff, | : : | |
| v. | : : | AUGUST 8, 2008 |
| DAVID FARMER, | : : | |
| Defendant. | | |

MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned counsel hereby moves to withdraw his appearance for defendant Charter Communications Entertainment I, LLC d/b/a Charter Communications of Western Connecticut. The reason for this request is that the undersigned's law firm no longer represents Charter Communications Entertainment I, LLC d/b/a Charter Communications of Western Connecticut. Attorney Patrick J. Sullivan, of the Law Offices of Patrick J. Sullivan, PLLC has filed an appearance in this matter on behalf of

Charter Communications Entertainment I, LLC d/b/a Charter Communications of Western Connecticut.

          DEFENDANT – CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS OF WESTERN CONNECTICUT

By _____
Ryan M. Mihalic (#ct24454)

Murtha Cullina LLP
CityPlace I
185 Asylum Street
Hartford, CT 06103-3469
Telephone: (860) 240-6000
Facsimile: (860) 240-6150
Email: rmihalic@murthalaw.com
Its Attorneys

CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2008, a copy of the foregoing Motion to Withdraw Appearance was served by first-class, U.S. mail, postage prepaid, to the following:

Mr. David Farmer
392 Old Turnpike Road, East #3
East Bridgewater, CT  06752-1120

Patrick J. Sullivan, Esq.
92 Willis Avenue, Second Floor
Mineola, New York  11501

By _____
Ryan M. Mihalic (#ct24454)

Murtha Cullina LLP
CityPlace I
185 Asylum Street
Hartford, CT  06103-3469
Telephone:  (860) 240-6000
Facsimile:  (860) 240-6150
Email:  rmihalic@murthalaw.com

1033059v1